**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Frank Palladini, | NO. C 06-00779 JW |
|     Plaintiff,<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| City of Milpitas, et al., | |
|     Defendants. | |

The Court continues the case management conference currently set for February 26, 2007 to **March 26, 2007 at 10 a.m.** Pursuant to the Civil Local Rules of the Court, the parties shall file a joint case management statement no later than ten days before the date of the conference.

Dated: February 22, 2007

                                  JAMES WARE
                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan M. Cohen amc@meyersnave.com
James Michael Barrett jb@jamesbarrettlaw.com
Kimberly E. Colwell kcolwell@meyersnave.com
Montgomery S. Pisano mpisano@plg1.com

**Dated: February 22, 2007**                     **Richard W. Wieking, Clerk**

                                         **By:   /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**

United States District Court
For the Northern District of California