**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Frank Palladini, | NO. C 06-00779 JW |
|       Plaintiff, | **ORDER VACATING STATUS CONFERENCE** |
|   v. | |
| City of Milpitas, et al., | |
|       Defendants. | |

    In light of the parties' inability to attend the August 8, 2007 Settlement Conference with Judge Larson due to Defendants' counsel's family emergency, the Court VACATES the Status Conference presently scheduled for August 13, 2007. The parties shall file a Joint Status Report ten (10) days after the Settlement Conference is completed with Judge Larson. The Court will then set a Further Status Conference.

Dated: August 9, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan M. Cohen amc@meyersnave.com
James Michael Barrett jb@jamesbarrettlaw.com
Kimberly E. Colwell kcolwell@meyersnave.com
Montgomery S. Pisano mpisano@plg1.com

**Dated:  August 9, 2007**             **Richard W. Wieking, Clerk**

                                **By:   /s/ JW Chambers**
                                     **Elizabeth Garcia**
                                     **Courtroom Deputy**