1 | **JAMES M. BARRETT, ESQ.** *SBN 190274*
2 | **LAW OFFICE OF JAMES M. BARRETT**
3 | **789 CASTRO STREET**
4 | **MOUNTAIN VIEW, CA 94041**
5 | **PH. 650-969-3687**
6 | **FX 650-969-3699**
7 | Email: jb@jamesbarrettlaw.com

**MONTGOMERY S. PISANO, ESQ.** *SBN 205230*
**PENINSULA LAW GROUP, APLC**
**789 CASTRO STREET**
**MOUNTAIN VIEW, CA 94041**
**PH 650 903-2200**
Email: mpisano @plg1.com

**Attorneys for Frank Palladini,**
**dba Little Franks Bar & Grill**

# IN THE UNTIED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PALLADINI, an individual, dba Little Franks Bar & Grill, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF MILPITAS; Thomas Nishisaka, individually, and as his official capacity as Chief of Police; Charles Lawson, individually, and as his official capacity as Chief of Police and City Manager; Eric Emmanuelle, individually, and as his capacity as a police officer (#178); John Buchanok, individually, and as his capacity as a police officer (#233); Henry Kwong, individually, and as his capacity as a police officer (#190); Kevin Mosquza, individually, and as his capacity as a police officer (#211); David Morris, individually, and as his capacity as a police officer (#235); Raj Maharaj, individually, and as his capacity as a police officer (#216); | Case Action No. C06-00779 JW <br><br> **JOINT STATEMENT** <br><br> **The Honorable JAMES LARSON** |

1  Mark Doyle individually, and as his capacity as a )
   police officer (#191); Pheak Kor, individually,   )
2  and as his capacity as a police officer, AND;    )
   DOES 1-100,                                       )
3                                                    )
                                                     )
4                                                    )
              Defendants.                            )
5                                                    )

6  ─────────────────────────────────────────

7    The parties to the above-entitled case jointly agree to place the Settlement Conference back on

8  calendar for Tuesday September 25th, 2007, at 10:00 AM.  This date was rescheduled from

9  Wednesday August 8, 2007 due to a family emergency with Mr. Cohen.

10
   Dated: 8.22.07                                 LAW OFFICE OF JAMES M. BARRETT
11
                                                   _____/S/ James M. Barrett_____
12                                                 JAMES M. BARRET ESQ.
13                                                 ATTORNEY FOR PLAINTIFF

14 Date: 8/24/07.    IT IS SO ORDERED.



Settlement Statement
Case Action No.  C06-00779 JW

2