**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Frank Palladini, | NO. C 06-00779 JW |
|      Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| City of Milpitas, et al., | |
|      Defendants. | |

    Presently, the parties are scheduled to resume settlement discussion with Magistrate Judge Larson on January 22, 2008. In light of this conference, the Court sets a Case Management Conference for **February 4, 2008 at 10 A.M.** The parties shall file a Joint Case Management Statement by January 25, 2008. Within ten (10) days of this Order, the parties shall contact Magistrate Judge Lloyd to resolve any disputes regarding initial discovery disclosure.

Dated: October 4, 2007

                                                JAMES WARE
                                                United States District Judge

United States District Court
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alan M. Cohen amc@meyersnave.com
   James Michael Barrett jb@jamesbarrettlaw.com
3  Kimberly E. Colwell kcolwell@meyersnave.com
   Montgomery S. Pisano mpisano@plg1.com
4

5  **Dated:  October 4, 2007**                                **Richard W. Wieking, Clerk**

6

7                                                              **By:     /s/ JW Chambers
                                                                    Elizabeth Garcia
                                                                    Courtroom Deputy**
8