\* E-filed 4/24/08 \*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK PALLADINI d/b/a LITTLE FRANK'S BAR & GRILL, | Case No. CV 06-00779 JW (HRL) |
| Plaintiff, | **ORDER ON MOTION FOR ATTORNEY'S FEES** |
| v. | |
| CITY OF MILPITAS, et al. | Re: Docket Nos. 39, 65, 66 |
| Defendants. | |

Defendants previously moved to compel discovery and for attorney's fees. [Docket No. 39]. In the order on that motion, the court granted the request for attorney's fees. Defendants were directed to "file a declaration describing the time spent in attempting to meet and confer and in bringing this motion to compel." Plaintiff was given an opportunity to file any objections to that declaration.

//

//

Having considered the declaration of defense counsel and Plaintiff's objection, the court orders Plaintiff to pay Defendants $6,948.00 in attorney's fees by May 9, 2008. This amount is a slight reduction on the total amount requested by Defendants because a few of the entries were not for time spent meeting and conferring or moving to compel. Otherwise, the court found the fee request to be reasonable and appropriate.

**IT IS SO ORDERED.**

Dated: 4/24/08



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**5:06-cv-779 Notice has been electronically mailed to:**

James Michael Barrett jb@jamesbarrettlaw.com

Kimberly E. Colwell kcolwell@meyersnave.com, calendardept@meyersnave.com, elabella@meyersnave.com

Tricia L. Hynes thynes@meyersnave.com, calendardept@meyersnave.com, kyanaga@meyersnave.com

Montgomery Scott Pisano mpisano@plg1.com


* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 4/24/08

                                               /s/ KRO
                                  Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California