IT IS SO ORDERED
*Judge James Ware*

1  James M. Barrett (SBN: 190274)
2  Email: jb@jamesbarrettlaw.com
   LAW OFFICE OF JAMES M. BARRETT
3  789 Castro Street
   Mountain View, CA  94041
4  Telephone: (650) 969-3687
   Facsimile: (650) 969-3699

5  Attorneys for Plaintiff
   FRANK PALLADINI, dba
6  LITTLE FRANKS BAR & GRILL

7  Montgomery S. Pisano (SBN: 205230)
   Email: MPISANO@PLG1.com
8  PENINSULA LAW GROUP, APLC
   789 Castro Street
9  Mountain View, CA  94041
   Telephone: (650) 969-3687
10

11 Attorneys for Plaintiff
   FRANK PALLADINI, dba
12 LITTLE FRANKS BAR & GRILL

13 Kimberly E. Colwell (SBN: 127604)
   Email: kcolwell@meyersnave.com
14 Tricia L. Hynes (SBN: 212550)
   Email: thynes@meyersnave.com
15 MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
16 Oakland, CA  94607
   Telephone: (510) 808-2000
17 Facsimile: (510) 444-1108

18 Attorneys for Defendants
   CITY OF MILPITAS; THOMAS NISHISAKA; CHARLES LAWSON;
19 ERIC EMMANUELLE; JOHN BUCHANOK; HENRY KWONG; KEVIN MOSQUZA;
   DAVID MORRIS; RAJ MAHARAJ; MARK DOYLE; PHEAK KOR

20

               IN THE UNITED STATES DISTRICT COURT
21            FOR THE NORTHERN DISTRICT OF CALIFORNIA

22

23 FRANK PALLADINI, an individual, dba Little     | Case No:  C06-00779 JW (HRL)
   Franks Bar & Grill,                            |
24                                                | **STIPULATION AND [PROPOSED]**
                   Plaintiff,                     | **ORDER TO MODIFY SCHEDULING**
25                                                | **ORDER REGARDING EXPERT**
   v.                                             | **WITNESS DEADLINES ONLY**
26 CITY OF MILPITAS; THOMAS NISHISAKI,            |
   individually, and as his official capacity as Chief |
27 of Police; CHARLES LAWSON, individually,       |
   and as his official capacity as Chief of Police and | State Court Complaint Filed:  December 16, 2005
28 City Manager; ERIC EMMANUELLE,                 | Removal Filed:  February 3, 2006
   individually, and as his capacity as a police  | Trial Date:  November 10, 2008
   officer (#178); JOHN BUCHANOK, individually,   |

---

Stip & Order to Con't Expert Witness Dates                              Case No. C06-00779 JW (HRL)

|   |   |
|---|---|
| 1 | and as his capacity as a police officer (#233); HENRY KWONG, individually, and as his capacity as a police officer (#190); KEVIN MOSQUZA, individually, and as his capacity as a police officer (#211); DAVID MORRIS, individually, and as his capacity as a police officer (#235); RAJ MAHARAJ, individually, and as his capacity as a police officer (#216); MARK DOYLE, individually, and as his capacity as a police officer (#191); PHEAK KOR, individually, and as his capacity as a police officer; and DOES 1-100, |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 | Defendants. |

1      Comes now PLAINTIFF FRANK PALLADINI, dba LITTLE FRANKS BAR AND GRILL (hereinafter "PLAINTIFF") and DEFENDANTS CITY OF MILPITAS, THOMAS NISHISAKA, CHARLES LAWSON, ERIC EMMANUELLE, JOHN BUCHANOK; HENRY KWONG, KEVIN MOSQUZA, DAVID MORRIS, RAJ MAHARAJ, MARK DOYLE, PHEAK KOR (hereinafter "DEFENDANTS") who submit the following Stipulation and Proposed Order:

    WHEREAS, Expert Witness Rule 26 Disclosures were due on or before May 5, 2008;

    WHEREAS, PLAINTIFF'S expert witnesses were unavailable and/or inaccessible prior to May 5, 2008;

    WHEREAS, PLAINTIFF and DEFENDANTS, after meeting and conferring, have agreed that PLAINTIFF may disclose his Expert Reports for Angelo Izzo and Robert Sylvia on or before close of business May 14, 2008;

    WHEREAS, DEFENDANTS are precluded from timely filing rebuttal expert witness reports, which are due on or before May 19, 2008, until they are in receipt of PLAINTIFF'S expert's reports in sufficient time to be able to retain rebuttal experts, review the materials and reports and draft their own reports in rebuttal;

    WHEREAS, DEFENDANTS have just received PLAINTIFF'S financial and other discovery responses and materials on May 5, and thus need additional time for the DEFENDANTS' rebuttal witnesses to review these materials,

    IT IS HEREBY STIPULATED and agreed to below:

- Plaintiffs' Expert Disclosure – May 14, 2008
- Defendants' Expert Rebuttal Disclosure – June 13, 2008

**IT IS SO STIPULATED.**

Dated:  May 15, 2008      Respectfully submitted,

LAW OFFICE OF JAMES M. BARRETT


By:_____/S/_____
    James M. Barrett
Attorneys for Plaintiff
FRANK PALLADINI, dba LITTLE FRANKS
BAR AND GRILL

1
2  Dated:  May 15, 2008            Respectfully submitted,
3                                   MEYERS, NAVE, RIBACK, SILVER & WILSON
4
5                                   By _____/S/_____
                                          Tricia L. Hynes
6                                   Counsel for DEFENDANTS CITY OF MILPITAS,
                                    THOMAS NISHISAKI, CHARLES LAWSON,
7                                   ERIC EMMANUELLE, JOHN BUCHANOK, HENRY
                                    KWONG, KEVIN MOSQUZA, DAVID MORRIS, RAJ
8                                   MAHARAJ, MARK DOYLE, and PHEAK KOR
9
10 IT IS SO ORDERED
11
12 Dated: _____May 19_____, 2008
13
14                                   _____
15                                   HONORABLE JAMES WARE,
                                     U. S. DISTRICT COURT, NORTHERN
                                     DISTRICT
16
17
18 1097486.1
19
20
21
22
23
24
25
26
27
28