*E-filed 07/14/08*

| | |
|---|---|
| James M. Barrett (SBN: 190274)<br>Email: jb@jamesbarrettlaw.com<br>LAW OFFICE OF JAMES M. BARRETT<br>789 Castro Street<br>Mountain View, CA 94041<br>Telephone: (650) 969-3687<br>Facsimile: (650) 969-3699<br><br>Attorneys for Plaintiff<br>FRANK PALLADINI, dba<br>LITTLE FRANKS BAR & GRILL | Montgomery S. Pisano (SBN: 205230)<br>Email: MPISANO@PLG1.com<br>PENINSULA LAW GROUP, APLC<br>789 Castro Street<br>Mountain View, CA 94041<br>Telephone: (650) 969-3687<br><br>Attorneys for Plaintiff<br>FRANK PALLADINI, dba<br>LITTLE FRANKS BAR & GRILL |

Kimberly E. Colwell (SBN: 127604)
Email: kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
Email: thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MILPITAS; THOMAS NISHISAKA; CHARLES LAWSON;
ERIC EMMANUELLE; JOHN BUCHANOK; HENRY KWONG; KEVIN MOSQUZA;
DAVID MORRIS; RAJ MAHARAJ; MARK DOYLE; PHEAK KOR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PALLADINI, an individual, dba Little Franks Bar & Grill,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF MILPITAS; THOMAS NISHISAKI, individually, and as his official capacity as Chief of Police; CHARLES LAWSON, individually, and as his official capacity as Chief of Police and City Manager; ERIC EMMANUELLE, individually, and as his capacity as a police officer (#178); JOHN BUCHANOK, individually, and as his capacity as a police officer (#233); HENRY KWONG, individually, and as his capacity as a police officer (#190); KEVIN MOSQUZA, individually, and as his capacity as a police officer (#211); DAVID MORRIS, individually, and as his capacity as a police officer (#235); RAJ MAHARAJ, individually, and as his capacity as a police officer (#216); MARK DOYLE, individually, and as his capacity as a police officer (#191); PHEAK KOR, individually, and as his capacity as a police officer; and DOES 1-100,<br><br>                Defendants. | Case No:  C06-00779 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANTS TO ASSERT OBJECTIONS AND FOR AUTOMATICALLY DEEMED ADMITTED ADMISSIONS TO BE WITHDRAWN**<br><br><br>State Court Complaint Filed:  December 16, 2005<br>Removal Filed:  February 3, 2006<br>Trial Date:  February 18**,** 2009 |

1  Comes now PLAINTIFF FRANK PALLADINI, dba LITTLE FRANKS BAR AND
2  GRILL (hereinafter "PLAINTIFF") and DEFENDANTS CITY OF MILPITAS, THOMAS
3  NISHISAKA, CHARLES LAWSON, ERIC EMMANUELLE, JOHN BUCHANOK; HENRY
4  KWONG, KEVIN MOSQUZA, DAVID MORRIS, RAJ MAHARAJ, MARK DOYLE, PHEAK
5  KOR (hereinafter "DEFENDANTS") who submit the following Stipulation and Proposed Order:
6  WHEREAS, Plaintiff served six sets of Special Interrogatories, six sets of Requests for
7  Admissions, and one set of Document Demands via federal express on May 20, 2008;
8  WHEREAS, Defense counsel's office received said discovery on May 21, 2008, making
9  their responses were due on or before June 23, 2008;
10 WHEREAS, Defense counsel, due to an internal clerical problem, did not receive, and did
11 not know of the existence of any of these twelve sets, save for the Document Demands, until the
12 responses were past due;
13 WHEREAS, Defense counsel filed a Motion for Relief within one business day of
14 learning of her mistake;
15 WHEREAS, Plaintiff counsel and Defense counsel, after meeting and conferring, have
16 agreed to the following,
17 IT IS HEREBY STIPULATED and agreed to below:
18 • Defendants may assert all necessary and proper objections in their responses;
19 • Defendants' automatically-deemed-admitted Admissions are withdrawn, and
20   Defendants will submit substantive responses;
21 • Each Defendant will answer twenty five Special Interrogatories directed towards
22   them at Plaintiff's choosing; and
23 • Each Defendant will answer every Admission propounded upon them.
24 • All Discovery responses from Defendant will be due on August 1st, 2008.
25 • All Discovery responses currently due from Plaintiff on July 23, 2008, will be due
26   by August 31st, 2008.
27 ///
28 ///

1     •   Defendants will officially withdraw their Motion for Relief by separate document.

2 **IT IS SO STIPULATED.**

4 Dated: July 10, 2008            Respectfully submitted,

5                                     LAW OFFICE OF JAMES M. BARRETT

7                                     By: _____/S/_____
                                               James M. Barrett
8                                     Attorneys for Plaintiff
                                    FRANK PALLADINI, dba LITTLE FRANKS
9                                     BAR AND GRILL

10 Dated: July 10, 2008            Respectfully submitted,

12                                     MEYERS, NAVE, RIBACK, SILVER & WILSON

13                                     By _____/S/_____
14                                          Tricia L. Hynes
                                    Counsel for DEFENDANTS CITY OF MILPITAS,
15                                     THOMAS NISHISAKI, CHARLES LAWSON,
                                    ERIC EMMANUELLE, JOHN BUCHANOK, HENRY
16                                     KWONG, KEVIN MOSQUZA, DAVID MORRIS, RAJ
                                    MAHARAJ, MARK DOYLE, and PHEAK KOR

19 IT IS SO ORDERED

21 Dated: __July 14, 2008_____, 2008

23                                     _____
                                    HONORABLE HOWARD R. LLOYD,
24                                     U. S. DISTRICT COURT, NORTHERN
                                    DISTRICT

27 1121988.1

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

James M. Barret  jb@jamesbarrettlaw.com
Kimberly Colwell  kcolwell@meyersnave.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:  07/14/08                                   MPK
                                                  Chambers of Magistrate Judge Howard R. Lloyd