1 | James M. Barrett (SBN: 190274)
Email: jb@jamesbarrettlaw.com
LAW OFFICE OF JAMES M. BARRETT
789 Castro Street
Mountain View, CA  94041
Telephone: (650) 969-3687
Facsimile: (650) 969-3699

Attorneys for Plaintiff
FRANK PALLADINI, dba
LITTLE FRANKS BAR & GRILL

Montgomery S. Pisano (SBN: 205230)
Email: MPISANO@PLG1.com
PENINSULA LAW GROUP, APLC
789 Castro Street
Mountain View, CA  94041
Telephone: (650) 969-3687

Attorneys for Plaintiff
FRANK PALLADINI, dba
LITTLE FRANKS BAR & GRILL

Kimberly E. Colwell (SBN: 127604)
Email: kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
Email: thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MILPITAS; THOMAS NISHISAKA; CHARLES LAWSON;
ERIC EMMANUELLE; JOHN BUCHANOK; HENRY KWONG; KEVIN MOSQUZA;
DAVID MORRIS; RAJ MAHARAJ; MARK DOYLE; PHEAK KOR

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PALLADINI, an individual, dba Little Franks Bar & Grill,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF MILPITAS; THOMAS NISHISAKI, individually, and as his official capacity as Chief of Police; CHARLES LAWSON, individually, and as his official capacity as Chief of Police and City Manager; ERIC EMMANUELLE, individually, and as his capacity as a police officer (#178); JOHN BUCHANOK, individually, and as his capacity as a police officer (#233); HENRY KWONG, individually, and as his capacity as a police officer (#190); KEVIN MOSQUZA, individually, and as his capacity as a police officer (#211); DAVID MORRIS, individually, and as his capacity as a police officer (#235); RAJ MAHARAJ, individually, and as his capacity as a police officer (#216); MARK DOYLE, individually, and as his capacity as a police officer (#191); PHEAK KOR, individually, and as his capacity as a police officer; and DOES 1-100, | Case No:  C06-00779 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING EXTENSION OF TIME FOR DISCOVERY**<br><br><br>State Court Complaint Filed:  December 16, 2005<br>Removal Filed:  February 3, 2006<br>Trial Date:  November 10, 2008 |

Defendants.

Comes now PLAINTIFF FRANK PALLADINI, dba LITTLE FRANKS BAR AND GRILL (hereinafter "PLAINTIFF") and DEFENDANTS CITY OF MILPITAS, THOMAS NISHISAKA, CHARLES LAWSON, ERIC EMMANUELLE, JOHN BUCHANOK; HENRY KWONG, KEVIN MOSQUZA, DAVID MORRIS, RAJ MAHARAJ, MARK DOYLE, PHEAK KOR (hereinafter "DEFENDANTS") who submit the following Stipulation and Proposed Order:

WHEREAS, The current discovery cut-off date is October 6, 2008.

WHEREAS, Due to the trial schedule of Defendant counsel and the large quantity of depositions still needed to be taken by both Parties, an extension in the Discovery Cut-off date is requested and stipulated to.

WHEREAS, Plaintiff counsel and Defense counsel, after meeting and conferring, have agreed to the following,

IT IS HEREBY STIPULATED and agreed to below:

- That the Discovery Cut-Off date be extended to December 1, 2008.

**IT IS SO STIPULATED.**

Dated:  September 23, 2008                    Respectfully submitted,

LAW OFFICE OF JAMES M. BARRETT


By:_____/S/_____
     James M. Barrett
Attorneys for Plaintiff
FRANK PALLADINI, dba LITTLE FRANKS
BAR AND GRILL

Dated:   September 23, 2008                    Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON


By _____/S/_____
     Tricia L. Hynes
Counsel for DEFENDANTS CITY OF MILPITAS, THOMAS
NISHISAKA, CHARLES LAWSON,

---

Stip & Order to Extend Discovery                                                  Case No. C06-00779 JW

ERIC EMMANUELLE, JOHN BUCHANOK, HENRY KWONG, KEVIN MOSQUZA, DAVID MORRIS, RAJ MAHARAJ, MARK DOYLE, and PHEAK KOR

IT IS SO ORDERED . This extension does not modify any other deadlines or hearings previously set by the Court.

Dated: _____October 14,_____, 2008

_____
HONORABLE  JAMES WARE
U.S. DISTRICT COURT, NORTHERN DISTRICT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28