1   James M. Barrett (SBN: 190274)           Montgomery S. Pisano (SBN: 205230)
    Email: jb@jamesbarrettlaw.com            Email: MPISANO@PLG1.com
2   LAW OFFICE OF JAMES M. BARRETT           PENINSULA LAW GROUP, APLC
    789 Castro Street                        789 Castro Street
3   Mountain View, CA  94041                 Mountain View, CA  94041
    Telephone: (650) 969-3687                Telephone: (650) 969-3687
4   Facsimile: (650) 969-3699

5   Attorneys for Plaintiff                  Attorneys for Plaintiff
    FRANK PALLADINI, dba                     FRANK PALLADINI, dba
6   LITTLE FRANKS BAR & GRILL                LITTLE FRANKS BAR & GRILL

7   Kimberly E. Colwell (SBN: 127604)
    Email: kcolwell@meyersnave.com
8   Tricia L. Hynes (SBN: 212550)
    Email: thynes@meyersnave.com
9   MEYERS, NAVE, RIBACK, SILVER & WILSON
    555 12th Street, Suite 1500
10  Oakland, CA  94607
    Telephone: (510) 808-2000
11  Facsimile: (510) 444-1108

12  Attorneys for Defendants
    CITY OF MILPITAS; THOMAS NISHISAKA; CHARLES LAWSON;
13  ERIC EMMANUELLE; JOHN BUCHANOK; HENRY KWONG; KEVIN MOSQUZA;
    DAVID MORRIS; RAJ MAHARAJ; MARK DOYLE; PHEAK KOR
14

15                      IN THE UNITED STATES DISTRICT COURT

16                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

17
    FRANK PALLADINI, an individual, dba Little      Case No:  C06-00779 JW (HRL)
18  Franks Bar & Grill,
                                                    **NOTICE OF CASE SETTLEMENT
19                    Plaintiff,                    CONFERENCE**

20  v.
                                                    State Court Complaint Filed:  December 16, 2005
21  CITY OF MILPITAS; THOMAS NISHISAKI,             Removal Filed:  February 3, 2006
    individually, and as his official capacity as Chief   Trial Date:  March 3, 2009
22  of Police; CHARLES LAWSON, individually,
    and as his official capacity as Chief of Police and
23  City Manager; ERIC EMMANUELLE,
    individually, and as his capacity as a police
24  officer (#178); JOHN BUCHANOK, individually,
    and as his capacity as a police officer (#233);
25  HENRY KWONG, individually, and as his
    capacity as a police officer (#190); KEVIN
26  MOSQUZA, individually, and as his capacity as a
    police officer (#211); DAVID MORRIS,
27  individually, and as his capacity as a police
    officer (#235); RAJ MAHARAJ, individually,
28  and as his capacity as a police officer (#216);
    MARK DOYLE, individually, and as his capacity

    [Notice of Settlement Conference                         Case No. C06-00779 JW (HRL)

as a police officer (#191); PHEAK KOR, individually, and as his capacity as a police officer; and DOES 1-100,

               Defendants.

1
2
3
4
5      Notice is herein provided that all Paties have agreed to a further Case Settlement Conference
6  with Chief Magistrate Judge James Larson on Wednesday February 11th, 2009 at 2:00 PM in
7  Courtroom F, 15th Floor located at the Federal Court Building 450 Golden Gate Avenue, San
8  Francisco, CA 941092.
9

10  Dated: February 6, 2009        Respectfully submitted,

11                     LAW OFFICE OF JAMES M. BARRETT

12

13                     By:_____ /S/ _____
                            James M. Barrett
14                     Attorneys for Plaintiff
                     FRANK PALLADINI, dba LITTLE FRANKS
15                     BAR AND GRILL

16  Dated: February 6, 2009        Respectfully submitted,
17
18                     MEYERS, NAVE, RIBACK, SILVER & WILSON

19
20                     By: _____ /S/ _____
                          Kimberly E. Colwell
                     Counsel for DEFENDANTS CITY OF MILPITAS, THOMAS
21                     NISHISAKI, CHARLES LAWSON,
                     ERIC EMMANUELLE, JOHN BUCHANOK, HENRY
22                     KWONG, KEVIN MOSQUZA, DAVID MORRIS, RAJ
                     MAHARAJ, MARK DOYLE, and PHEAK KOR
23

24  Counsel are to provide to chambers an updated settlement statement by close of business Monday,
25  February 9, 2009.

26  IT IS SO ORDERED.
27
    February 6, 2009
28

IT IS SO ORDERED
Judge James Larson