IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Frank Palladini, | NO. C 06-00779 JW |
| Plaintiff, | **ORDER VACATING TRIAL; SETTING STATUS CONFERENCE** |
| v. | |
| City of Milpitas, et al., | |
| Defendants. | |

On February 24, 2009, the Court conducted a Final Pretrial Conference. Pursuant to the discussion at the conference and the parties' anticipated good faith settlement, the Court orders as follows:

(1) The trial currently scheduled to begin on March 3, 2009 is VACATED. All pretrial motions are deemed as withdrawn. The Clerk of Court shall terminate Docket Item Nos. 79, 84, 97, 98, 99, 100, 101, 102, 103.

(2) The parties shall appear for a Status Conference on **April 27, 2009 at 10 a.m.** The parties shall file a Joint Status Conference Statement on or before **April 17, 2009.** The parties Joint Statement shall update the Court on the parties' settlement efforts. If a Stipulated Dismissal is filed on the same day when the Statement is due, the Status Conference will be vacated.

Dated: February 25, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Michael Barrett jb@jamesbarrettlaw.com
Kimberly E. Colwell kcolwell@meyersnave.com
Montgomery Scott Pisano mpisano@plg1.com
Tricia L. Hynes thynes@meyersnave.com

**Dated:  February 25, 2009**              **Richard W. Wieking, Clerk**

                                           **By:     /s/ JW Chambers                **
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**