1  James M. Barrett (SBN: 190274)  Montgomery S. Pisano (SBN: 205230)
   Email: jb@jamesbarrettlaw.com    Email: MPISANO@PLG1.com
2  LAW OFFICE OF JAMES M. BARRETT  PENINSULA LAW GROUP, PLC
3  789 Castro Street
   Mountain View, CA 94041
4  Telephone: (650) 969-3687
   Facsimile: (650) 969-3699

5  Attorneys for Plaintiff
   FRANK PALLADINI, dba
6  LITTLE FRANKS BAR & GRILL

**IT IS SO ORDERED**
*Judge James Ware*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PALLADINI, an individual, dba Little Franks Bar & Grill,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MILPITAS; THOMAS NISHISAKI, individually, and as his official capacity as Chief of Police; CHARLES LAWSON, individually, and as his official capacity as Chief of Police and City Manager; ERIC EMMANUELLE, individually, and as his capacity as a police officer (#178); JOHN BUCHANOK, individually, and as his capacity as a police officer (#233); HENRY KWONG, individually, and as his capacity as a police officer (#190); KEVIN MOSQUZA, individually, and as his capacity as a police officer (#211); DAVID MORRIS, individually, and as his capacity as a police officer (#235); RAJ MAHARAJ, individually, and as his capacity as a police officer (#216); MARK DOYLE, individually, and as his capacity as a police officer (#191); PHEAK KOR, individually, and as his capacity as a police officer; and DOES 1-100,<br><br>Defendants. | Case No: C06-00779 JW<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>State Court Complaint Filed: December 16, 2005<br>Removal Filed: February 3, 2006<br>Trial Date: February 17, 2009 |

Request for Dismissal with Prejudice                                  Case No. C06-00779 JW
(HRL)

TO ALL PARTIES AND ATTORNEYS OF RECORD, PLAINTIFF FRANK PALLADINI hereby requests dismissal of all claims and causes of action against all Defendants with prejudice.

Dated:  April 19, 2009                    Respectfully submitted,

                                      LAW OFFICE OF JAMES M. BARRETT

                                      By:        /S/
                                               James M. Barrett
                                               Attorneys for Plaintiff
                                               FRANK PALLADINI, dba LITTLE FRANKS
                                               BAR AND GRILL

**\*\*\* ORDER \*\*\***

    The Clerk shall close this file.

Dated:  April 22, 2009                    _____
                                               JAMES WARE
                                               United States District Judge